United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IVAN MANUEL COLINA CASTRO § § § § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-001 |
| § | |
| MERRICK B. GARLAND, *et al.*, § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Ivan Manuel Colina Castro's Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 2 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's writ of habeas corpus should be **DISMISSED** without prejudice.

The Clerk shall send a copy of this Order to Petitioner.

SO ORDERED February 28, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge